# GROUP EXHIBIT B



# Happening This Week!



Live Auction | Online Only

**Location:** Oaklawn, IL

**Date:** January 9th, 2025

**Starting At:** 9:00a CST

### View Catalog HERE

Register Here



**TAB AUCTIONS**

**Thu, Jan 9 · 9:00 AM CT**

     

LIVE

## Assets Of The Former Northwestern Business College

OAK LAWN, IL

**VIEW AUCTION**

My BidSpotter     My Watch List     Alerts



# Assets of the former Northwestern Business College



**View catalog**


DATE


LOCATION


AUCTION FORMAT





LIVE WEBCAST

## Assets Of The Former Northwestern Business College

Jan 09 · 09am CT

OAK LAWN, IL

**VIEW AUCTION**