UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 24-12599 |
| Northwestern Business College, Inc., | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Michael B. Slade |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING TRUSTEE TO DESTROY BOOKS AND RECORDS, ABANDON REMAINING PERSONAL PROPERTY, LIMIT NOTICE AND GRANTING RELATED RELIEF**

This matter coming to be heard on the Trustee's Motion for Entry of an Order Authorizing Trustee to Destroy Books and Records, Abandon Remaining Personal Property and Limit Notice and Granting Related Relief (the "Motion," and all undefined terms herein having the meanings given them in the Motion); IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is granted as provided herein.

2. The Trustee is authorized to abandon and destroy the Records pursuant to section 363(b) of the Bankruptcy Code.

3. The Trustee is authorized to abandon the Personal Property to the Landlord with pursuant to section 554(a) of the Bankruptcy Code, and all such Personal Property is hereby deemed abandoned to the Landlord with the exception of any computer equipment delivered to the Illinois Attorney General pursuant to paragraph 5 herein.

4. The Trustee is authorized to retain, and pay from the Estate up to $3,000 to, Paper Tiger Document Solutions to destroy the Records.

5. The Trustee is authorized in his discretion, but not directed, to deliver any computer equipment located at the Premises to the Illinois Attorney General (the "Attorney General").

6. The Attorney General is authorized, but not directed, to take possession of the computer equipment and the information contained therein and may use any information obtained only for the purposes of its investigation into Northwestern College. The Attorney General will take all reasonable efforts to protect such information, and at the conclusion of its investigation, the Attorney General will destroy the equipment and the information contained therein. The Trustee reserves all rights with respect to such information.

7. Notice of this Motion is as provided by the Trustee and reflected in the Certificate of Service appended to the Motion is approved and further notice is waived pursuant to Rule 2002(a)(2) and Rule 6007(a) of the Federal Rules of Bankruptcy Procedures (the "Rules").

8. This Order is effective immediately upon entry pursuant, notwithstanding any stay that may otherwise be applicable under the Rules.

Enter:

Honorable Michael B. Slade
United States Bankruptcy Judge

Dated:  April 28, 2025

**Prepared by:**

David R. Doyle
Cozen O'Connor
123 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
P: (312) 474-1648
F: (312) 361-8378
daviddoyle@cozen.com